**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No: 26cr189 |
| | ) | |
| v. | ) | Magistrate Judge: M. David Weisman |
| | ) | |
| Dhairya Patel, | ) | |
| | ) | |
| Defendant(s), | ) | |

**ORDER**

Initial Appearance held. Removal proceedings held. Gujarati interpreter sworn in. Defendant Dhairya Patel arrested and appeared before Judge Weisman on 9/5/25 in response to an arrest warrant issued out of the Southern District of New York. Defendant sworn in and the Court questioned and admonished defendant and finds that the defendant is able to understand rights as they are reviewed. The defendant was advised of rights and the charges pending against him pursuant to Fed. R. Crim. P. 5. Attorney Johanathan D. Brooks' oral motion for leave to file an appearance on behalf of defendant is granted. Enter order appointing Johanathan D. Brooks as counsel for defendant. The Defendant was advised of his right to a so-called identity hearing and is not contesting. Fed. R. Crim. P. 5(c)(3)(D)(ii). Defendant advised of his right under Rule 20 to resolve the pending charges in the Northern District of Illinois and waives his right. The Government's oral motion for detention and removal in custody is granted. Defendant waives his right and does not contest the Government's motion for detention and removal in custody without prejudice and reserves the right to renew at a later time in the charging district. The Court makes no findings as to detention and orders Defendant detained pending resolutions of his charges and shall be removed in the custody of the U.S. Marshals and be removed in custody to the Southern District of New York, forthwith. Enter Commitment to Another District. Status hearing set for 6/4/26 at 9:00 a.m. before Judge Weisman to ensure Defendant has been removed to the Southern District of New York. The Government shall file a status report by noon on 6/1/26 advising whether Defendant has been removed to the Southern District of New York and appeared before a Judge in that district. If the status report confirms that Defendant has been removed in custody to the Southern District of New York and has appeared before a Judge, the hearing will be stricken.

T: (00:17) Initial Appearance

Date: April 27, 2026

_M. David Weisman_
M. David Weisman
United States Magistrate Judge